# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARTER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANNE FONTAINE USA, INC., a Texas corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendant | CASE NO.: 8:18-CV-01852 JLS (KESx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　Good cause appearing therefore, **IT IS HEREBY ORDERED**, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees.

DATED: June 5, 2019

By: __JOSEPHINE L. STATON__
　　Hon. Josephine L. Staton
　　United States District Judge